PLAINTIFF
Daniel McIntosh Pro-Se
25 Gannett Ter. Sharon Mass 02067
V.
DEFENDANTS
Massachusetts Bay Transportation Authority (M.B.T.A.)
10 Park Plaza, Boston, MA 02116
Superintendent Kathleen Murphy#66772, Ahlam Samrin #68319#pt87,
Superintendent Ivy Payne#2369, Alicia Gomes#69123
Richard Austin#2758, Supervisor Joseph Napoli, Bessie Harris#9667,
Dwayne Harris, Scott Page, Barn Captain, Darryl Foye #2280 union rep.
<u>Federal question jurisdiction</u>

<u>UNLAWFUL TERMINATION</u>

1) This case involves, EMPLOYMENT DISCRIMINATION, RETALIATION, DEFAMATION OF CHARACTER, HARASSMENT, CONSPIRACY, MISREPRESENTATION, FRAUD, FRAUDULENT CONCEALMENT, and DECEIT. DISCOVERY RULE. Massachusetts is an <u>employment at will State</u>, the Employer can fire an employee at any time for no reason at all. However, <u>if the employer violates public policy, and Federal law</u> while doing so, plaintiff can sue for damages. Plaintiff filed a complaint with the MCAD on March 12th 2020, the complaint was dismissed on June 30th 2023, the Plaintiff appealed the MCAD dismissal, preliminary hearing was held on August 14th 2023, and the dismissal was affirmed on November 20th 2023.

EMPLOYMENT DISCRIMINATION
<u>HOSTILE WORK ENVIORNMENT</u>    Desperate treatment

2) The alleged conduct by the defendants, was in fact severe and pervasive, **subjective and objective, in order to establish a prima –facie claim.** Defendants subjected the Plaintiff to a hostile work environment, in retaliation for protected activity, and some other thing, constituting an adverse employment action. The MBTA's behavior triggers both **M.G.L.151B**, all subsections that apply, as well as, <u>**Title VII Civil Rights act of 1964, which prohibit employers from retaliation against employees, and engaging in unfair employment practices**</u>. Plaintiff as a victim is in the zone of protection by both statutes. The Defendants and the MBTA as a collective bunch, acted with malice, a careless indifferent to the Plaintiff protected right's. **Ahlam Samrin ( see Hassan Ahmed v MBTA) and Joe Napoli (see Michelle Dimanche v. MBTA 2015,)** in particular, had direct knowledge of the violations of Federal and State Law. The <u>defendant's behavior was motivated by animus, against</u> the plaintiffs' protected activities. The Plaintiff was subjected to an adverse employment actions. A casual connection exist between the protected conduct and the adverse employment actions. Mr. McIntosh (Plaintiff) must show as a streetcar motor person at the MBTA 1. The environment was so hostile that it unreasonably interfered with employment, 2.the environment was physically threatening, case and point, November 19th 2019 instructor Austin instructed Plaintiff to pull a broken train, into the yard, in an area that is a known hot spot for derailments, Instructor Richard Austin did not warn

Plaintiff of the danger, and Austin remained silent. December 3rd 2019 the manner in which Instructor Richard Austin approached the Plaintiff in such an aggressive manner, as plaintiff backed away Austin kept coming towards Plaintiff with rage in his eyes. **3.** Plaintiff felt this behavior to be threatening, sever and pervasive. The intent of the employer, see Romano v. U-Haul Inc. (2000)

3) The MBTA medical report, my signature was switched, it was not the signature Plaintiff signed, **EXHIBIT#1**

4) This situation may be retaliation as a result of something Plaintiff complained of in 2009.

## DEFAMATION OF CHARACTER

5) In order to prove the defendants defamed Mr. McIntosh (Plaintiff). **1.** The defendant's manufactured, and published false MBTA report's, the statements in the reports were false. **2.** The statements in the reports were about the Plaintiff as fact, **3.** The statements were false, **4.** The statements are defamatory, **5.** The statements caused harm and economic loss, the plaintiff was unaware of the reports, and they were the driving force behind plaintiff's unlawful termination. Regarding false statements, One Court expressed, it purports to be the expression of thoughts of the person that uses it is what gives character to it, and makes it dangerous. The defamatory content discredited the plaintiff and damaged Plaintiff reputation in any segment of any community. (See Hanson v. Globe Newspaper Co.) The deceptive nature, of the false MBTA statement's about Mr. McIntosh (Plaintiff) proves all the elements of fraud, all the elements of concealment. Statements constitutes **libel** written or printed words, are actionable without proof of economic loss. The false fact's asserted by the defendants, were presented as fact, the defendants knowingly made misrepresentations, and omissions that resulted in the Plaintiffs unlawful Termination. Capable of supporting a cause of action. The truth is the Plaintiffs defense.

## RETALIATION        Desperate treatment

6) The employer MBTA, did engage in unlawful discrimination, the Plaintiff was reasonable in what he perceived, the employer objective were, adverse employment actions. In violation of MGL 151B 4(4), 4(4A) and section 5. Of 151B, multiple times. To state a prima-facie case, 1) plaintiff engaged in activity protected by Statute. 2) The Plaintiff was subjected to adverse employment actions, 3) there is a causal connection between the protected activity, and the adverse employment action's. **"But for" is required.** To prove causation, the employer was aware, of plaintiff questioning some practices, which are connected to the adverse employment action taken against the plaintiff, temporal proximity, Prima-facie showing. Harassment, retaliation, pretext, discriminatory animus.

## COMPLAINT

7) September 17, 2019 MBTA department of medical operations. The plaintiff was instructed to sign an I-pad for the Medical time card, the plaintiff, asked for a hard copy, the women at the front desk, told the plaintiff

one would be E-mailed to him. The signature on the form the plaintiff received was not the signature the plaintiff signed, the <u>signatures were switched</u>.

8) <u>**Plaintiff was hired by the Massachusetts Bay Transportation Authority (MBTA), on Sunday October 6th, 2019,**</u> as a part-time Street-car operator. **Monday October 7th 2019,** 7am, the Plaintiff reported to Human Resource Office (HR) 7am, located in the main building of the MBTA Boston, for new employee seminar. While approaching the conference room a tall white woman stepped in the hallway and yelled in an angry tone as if she was mad or angry about something, she could not have been talking to anyone else, the plaintiff was the only person approaching the conference room. A short time later all the other new employee's showed up for the seminar. A burly man entered the conference room, with a white MBTA shirt on and he was a black guy, he sat directly behind Plaintiff, the plaintiff never seen these people in his life, and this guy was also angry, huffing and puffing bumping the back of plaintiff's chair as if he was trying to get some kind of reaction. It was later discovered that this guy's name Dwayne Harris.

9) **On October 8th 2019 Tuesday, 7am,** the Plaintiff reported to Riverside rail yard for training. The training class was conducted by Instructor Richard Austin, and Instructor Dwayne Harris. Richard Austin began yelling about being fired, his demeanor was aggressive and angry, his face was red, and he was pacing, <u>staring directly at the plaintiff</u> while he was yelling, my thought at that time, is this guy mentally stable? He continued yelling about how he brings his firearm to work, at this point I had to say something, due to the fact none of what he was yelling about, while staring at the plaintiff, had anything to do with Green-line training. Plaintiff was concerned, so Plaintiff asked Richard, don't you think that's reckless, Austin replied "I keep it in a lock box, in my car". Plaintiff thought, what this guy is doing that he needs to bring something like that to work. <u>The behavior is enough to support an inference of animus, conduct by the employer, Discriminatory intent, and harassment.</u>

10) **October 17th 2019 Thursday,** 6am, Riverside rail yard, Richard Austin, and Dwayne Harris instructed the group, we were taking the train to (H.R.), to drop off medical paperwork. Harris informed Plaintiff he had to remove his cap because it had a Nike logo on it, Dwayne Harris said "<u>it was not allowed the cap had to be plain blue or blue with MBTA logo on it</u>" After I removed the hat, Richard Austin snuck up behind me and took a photo and/ or picture of the back of my head with his cell phone. I said, what are you doing, he just laughed. Once we got to HR, Harris sat in front of conference room facing the group, staring directly at Plaintiff, as if he was angry about something, Richard Austin stood at the door staring directly at Plaintiff, when there were other people for them to look at, they stared at the plaintiff the whole time we were at the HR office. While they were doing what they were doing, an MBTA cop was walking up and down the hallway with a police dog. Plaintiff's first thought, strange. We returned to the Riverside rail yard, Harris and Austin, ask to speak to Plaintiff in the back room, they said they just got a call from HR, they said Plaintiff was accused of being in a confrontation with two women at HR. Plaintiff replied by saying very politely, both of

you were staring at me the whole time all of us were there, why? They did not respond. Were they trying to set Plaintiff up? This behavior is enough to support Harassment and a Discriminatory Intent.

11) **October 24th Thursday 2019, 6am,** Riverside rail yard, on this day Instructor Ahlam Samrin # 68319 instructed the training group, that she needed everyone's Driver license, so she can make a copy of it, everyone gave her there driver's license, the plaintiff did not, she was upset by this, and the Plaintiff explained, very politely that H.R. photo copied plaintiff's driver's license front and back 2x during the interview, you should request that information from H.R. in writing. Plaintiff could see Ahlam was angered by this, you can see it in her face, she offered Plaintiff a copy of his employment file. Plaintiff thought, she's going to try and get rid of me. Plaintiff was engaged in protected activity.

12) **October 29th Tuesday 2019, 7am,** Cleveland Circle train yard, while the Plaintiff and another trainee George Holland, was standing outside of the lobby, waiting for the other trainee's to show up, a man approached the plaintiff and introduced himself as the Count, Darryl Foye #2280 Union Rep. laughing, and said **"we hired you to fire you"** and walked off. Plaintiff said to trainee George, did you hear what he just said to me, George said yeah, what a thing to say to a trainee. Sufficient enough to support a Discriminatory and Retaliatory intent.

13) **October 31st Thursday 6am 2019,** Lechmere train yard Cambridge, Instructor Ahlam Samrin, Dwayne Harris showed up with his group a little later, we stood around, the strange thing one of the trainees Kareem, kept asking, interrogating the Plaintiff about cracking safes. Ahlam came back after a number of hours, as the Plaintiff walked out the gate, Instructor Dwayne Harris pulled a Whiskey bottle from his pocket and put it down on the ground, and Instructor Ahlam Samrin picked the whiskey bottle up, holding it up in the air, and called Plaintiff's name very loudly. Sufficient enough to support a Discriminatory intent.

14) **November 5th Tuesday 2019, Riverside rail yard,** this morning, Instructor Ahlam Samrin approached the Plaintiff and told him someone wanted to speak with him in the office across the Riverside rail yard, once there, a women opened the door to her office asked Plaintiff in, and introduced herself as the superintendent, Plaintiff said how can I help you, **Superintendent Kathy Murphy** said I just wanted to see how things were going with training, and if Plaintiff had any concerns, the Plaintiff said the first few days of training Instructor Richard Austin yelling about being fired,fired,fired, and angry talk about his firearm and what?, before Plaintiff could finish the sentence, Kathy Murphy cut Plaintiff off, by saying, very cocky with an angry tone "don't say anything bad about Ahlam", I politely excused myself, her attitude said enough. **Murphy manufactured two false MBTA reports about the Plaintiff that the Plaintiff was unaware of, in retaliation. Plaintiff was unaware of the concealed false statements in the reports that Murphy filed, as well as all the other's until two years later. One of the statements made by Superintendent Kathy Murphy, Plaintiff was threatened by Instructor Austin with a gun.**
This statement is defamatory and false. Contributed to plaintiffs' unlawful termination.

15) **November 6th Wednesday 2019,** Riverside, 6am, Instructor **Ahlam Samrin**, approached the Plaintiff and informed him he had to retake an exam, Plaintiff acknowledged sure, the questions on the exam were not the same as the other day, I took the exam and received a score of an 80 or an 85, then Ahlam said, Daniel

(Plaintiff) "I gave you the wrong exam you have to take another one", when Plaintiff questioned Ahlam about this, as to the test being rigged, Ahlam said in an angry tone, "Daniel (Plaintiff) are you refusing to take the exam?" Plaintiff said very politely, "give it to me I'll do the exam." Again the questions on the exam were not the same, Plaintiff completed the exam 85 or 95. <u>Harassment in retaliation for some other thing?</u>

16) <u>**November 7th Thursday 2019,**</u> Cleveland circle, 6am, Instructor **Ahlam Samrin** conducted training on a type 8 Street car, trainees took turns operating the machine, once at Riverside Rail yard, the Plaintiff was the operator at this time, instructor Ahlam Samrin standing right next to the plaintiff the whole time, Ahlam said ok Daniel switch ends, I got up from the operators seat Ahlam turned and headed down the aisle and the Plaintiff was right behind Ahlam, at the middle doors Ahlam quickly turned and said " Daniel did you say something to her (a trainee sitting off to my left) the Plaintiff replied no, you were standing right next to me. **Ahlam manufactured incident and a false reports about the Plaintiff, <u>EXHIBIT#2</u>** Ahlam informed the plaintiff that someone in the office wanted to speak to Plaintiff, again? This time it was a different women, the Plaintiff asked the women why was he here? And why was he talking to her, the women introduced herself as Ashia Isadore, she said" she was making sure training was going well" Plaintiff replied, why am I talking to you. If plaintiff remembers correctly she had a sneaky, sinister type tone to her voice. As I left the building, the group was standing around out font and Ahlam was standing off at a distance, and yelled out, "it's all done" Plaintiff had no idea what she was talking about or who she was talking to? Very strange. Later it was <u>discovered the women's real name was **Bessie Harris #9667, manufactured a false MBTA report EXHIBIT #3**</u> about the Plaintiff. Back at Cleveland circle, Ahlam approached the Plaintiff and told him he had to write a statement, the Plaintiff said for what? Ahlam said for the incident this morning, The first statement Ahlam got bent out of shape, because the Plaintiff said, he had no idea what this women was talking about. Ahlam angry and said "oh no, Daniel, you can't write "this women! You have to write it again. The Plaintiff told Ahlam I don't know this women's name, Ahlam said "her name is Margerie", and "it was not going to work out well for you". This issue was fabricated by Ahlam Samrin, Bessie Harris, trainee Margorie Copland etc. Later that evening once home there was a message left, by **Superintendent Cathy Murphy, EXHIBIT #4** the Plaintiff was transferred, to another group <u>in retaliation for something the plaintiff was totally unaware of.</u> **The Plaintiff was also unaware** of the concealed fabricated MBTA false reports about him,. <u>**The plaintiff name is nowhere written on trainee Copeland false statement, as her assailant. EXHIBIT #5**</u>

17) <u>**November 19th Monday 2019,**</u> 5am Cleveland circle Instructor Richard Austin, he was mad or angry about something very bad attitude, very aggressive tone, Richard Austin said to the Plaintiff put your coffee in your car or throw it in the trash, I believe one trainee ask him what was wrong? he said<u>" someone went into the store yesterday and stole something dressed in a fake T, uniform"</u> the Plaintiff went in the store yesterday and purchased an item, it wasn't what he said it was how he said it with such anger. Austin also asked plaintiff to move his car, from its usual spot, much later Plaintiff discovered there were items missing form his car. Today everyone took turns operating the train, Richard wanted the Plaintiff to take his turn last. Before the plaintiffs turn, Richard Austin instructed a trainee go back to the Riverside yard so that we could switch to

another train after that was done, before we got to Boston College it was the Plaintiff turn, <u>unaware that the train was broken</u>, Richard Austin never said a word, he wanted Plaintiff to pull the train in to the yard at Cleveland circle, it was raining and the track were very wet and slippery, as Plaintiff approached the yard at the top of the hill, all the cars that were parked so close to the track's, would have been destroyed, I remembered that area is a <u>hot spot</u>, for derailments, <u>Richard remained silent, he never said a word</u>. As the plaintiff came down the small hill plaintiff applied sand, sand, and more sand the train slid the brakes were engaged, the train still slid it was a broken train, it did not derail because of the plaintiff applying more sand than usual. The plaintiff also believes that Austin's intent was derailment. <u>The discriminatory conduct by Richard Austin, silence is some positive act. Discriminatory Intent, Retaliation for some other thing, unlawful entry.</u>

18) <u>**November 26th Tuesday 2019,**</u> Instructor Richard Austin, **Mattapan train yard**, while training Richard turned to Plaintiff and said, "Now you're under the gun" Plaintiff did not understand what was meant by this comment, despite Austin's behavior.

19) <u>**November 27th Wednesday 2019**</u>, Instructor Richard Austin, **Mattapan train yard**, Austin was talking more about dead bodies being found in the yard, which in any case, I could not understand. At the end of the day, exiting the Mattapan train yard clubhouse, a female Boston police officer, was sitting at the desk in the office. Standing outside, Plaintiff could see the Union Rep Darryl Fote#2280 standing at a distance. Suddenly Javier Plaza#505431<u>**(Harvey) one of the trainees**</u> rushed out of the clubhouse, over to the Plaintiff and said <u>"Daniel did you kill somebody"</u> Plaintiff looked at the trainee with surprise and disgust, no are you crazy? He also tried to give the Plaintiff an operators key, he's not an official, he should not have had it, unless he got it from Instructor Austin.

20) <u>**December 3 Tuesday 2019 snow storm, Cleveland circle rail yard, Instructor Richard Austin**</u>. Start time is 5am for training, Plaintiff arrived 3minuts after 5, parked his car in its usual spot. Plaintiff got with the group, Richard Austin approached the Plaintiff, he was very aggressive, and provocative he acted as if he wanted to fight, the way he kept coming towards Mr. McIntosh (Plaintiff) in such a threatening manner, and anger, Plaintiff, kept backing away from him, Plaintiff telling Austin, I have to respect you, Austin continued with his behavior, Plaintiff said again, I have to respect your position. Plaintiff calmly said, I have to use the bathroom. When plaintiff returned from the bath room, Austin had his cellphone in his hand, his aggression continued, it was then, he said Plaintiff was late, then Austin <u>said " Daniel, I'm not working with you any more you can stand in the lobby or you can stand in the snow, I don't care what you do, you are done" something was clearly wrong with this man, when Richard Austin instructed the group to follow him to the train, Plaintiff followed as well, giving Austin the opportunity to rethink what he just said to the plaintiff. When the plaintiff was about to step up onto the train, Austin quickly stepped down, and said in a vicious and angry tone in his voice "Daniel I told you, I'm not working with you, you can stand in the lobby or you can stand in the snow, you are done". Despite the fact I have been an hour early every day since training started. I was fired, unlawfully.</u> Plaintiff was unlawfully placed on Administrative leave. M.B.T.A

Management made decisions, <u>based on false information that they were aware of</u>. **Richard Austin and Joe Napoli manufactured false MBTA reports EXHIBIT#6.** Plaintiff was unlawfully placed on administrative Leave, <u>EXHIBIT #7</u> in retaliation. Darryl Foye union rep. #2280, did not represent Daniel McIntosh (Plaintiff). **See. Pamela Roisten v. MBTA 2010.**

21) <u>December 6, Friday 2019</u>, Plaintiff was unlawfully placed on 70 day suspension, recommendation of discharge, <u>EXHIBIT#8</u> based on misleading information, <u>**pretext.**</u> The meeting on Dec.3, and the meeting on Dec. 6, Management remained silent regarding the abuse, and false MBTA reports. **Scott Page Barn Captain, did not represent Daniel McIntosh (Plaintiff) See Pamela Roisten v. M.B.T.A 2010.**

22) <u>February 25th 2020</u> unlawfully Discharge. The <u>plaintiff received the unlawful termination letter from the</u> MBTA on February 27, 2020. <u>**Pretext. EXHIBIT#9**</u>

23) In order to survive a motion to dismiss, Plaintiff must paint a picture, with enough facts, to support a cause of action. This claim is made plausible by the sufficiently stated facts, the cumulative effect of the facts, raises that right to relief above a superlative level, the court will draw a reasonable and plausible inference that the defendants are liable for the injury's they caused. **<u>Plaintiff reserves the right to amend, and/or add more parties to this complaint. Plaintiff also reserves the right to file any other suit related to the injury caused.</u> Additional evidence will be presented at the appropriate time.**

24) <u>EXHIBT 10,</u> Plaintiffs statement, it was not in the MBTA position statement #1 or Position statement #2.

<u>**Relief,**</u> **to be made whole,** the Plaintiff is seeking, reinstatement of position with back pay and front pay with full benefits as a fulltime employee, plus Attorney's fees, punitive, and compensatory damages assessed for the injuries to the plaintiff. Special damages if the court deems appropriate. Pain and suffering, and an apology in writing from the MBTA.

With all due respect, I am not a lawyer,            <u>Demand trial by judge or jury</u>

<u>**Sign under the pains and penalties of perjury**</u>

Mr. Daniel McIntosh

*[signature]*

<u>Note:</u> With all due respect,
Due to the medical element involved, as a direct result of the abuse, mentally and physically. Ascertaining the identity of the bad actors was unsuccessful, and was never revealed, I was never told what was or is being investigated, however this is more than just an MBTA Instructor trying to start a physical altercation. I have good reason to believe this thing was created by Cops, MBTA, Boston, and otherwise, did they try to set me up? My ssn#, name and signature, has been compromised, using photo shop images of me, groups young girls and women to follow me and my wife which means I'm being tracked, Illegal invasion of a protected right etc. so that they could look at me in a way that imply one thing or another, with their arms crossed, with an angry look on the face as if I did something to them, it's offensive, and harassing. Whatever they are saying I did, I also have reason to believe the cops are the ones that did whatever that is and are still doing it. All the years that have been stolen from me as a result of the interference, I can never get back. Please reserve all rights so that I may pursue. I have no privacy.