UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Daniel McIntosh**
    Plaintiff

    V.

CIVIL ACTION

NO. **1:24-cv-10109-RGS**

**Massachusetts Bay Transportation Authority et al**
    Defendant

## ORDER OF DISMISSAL

Stearns, D. J.

    Pursuant to the court's Order [Doc. No. 20], Defendant's Renewed Motion to Dismiss is granted, and Plaintiffs' Complaint is hereby dismissed. This case is CLOSED.

    IT IS SO ORDERED.

                                                                  By the Court,

5/28/2024                                                            /s/ Caetlin McManus
Date                                                                       Deputy Clerk